UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HAROLD R. BELL

v.   CASE NO. 3:10CV8 (MPS)

NORBERTO LUNA, *Unit Mgr, I/O*
TIMOTHY SILVAS, *Prison Dr, I/O*
CAROL CHAPDELAINE, *Deputy Warden, I/O*
JAMES VADNAIS, *Grievance Coord, I/O*
COLIN WILSON, *Unit Counselor, I/O*
PETER MURPHY, *Warden, I/O*

## JUDGMENT

This matter came on for trial before a jury and the Honorable Michael P. Shea, United States District Judge, as to the plaintiff Harold Bell and defendant Norberto Luna only.

On March 1, 2012 the Court granted the defendants' Timothy Silvas, Carol Chapdelaine, James Vadnais, Colin Wilson and Peter Murphy motion to dismiss.

Further, on January 31, 2014, the jury returned a verdict in favor of the plaintiff in the amount of $7,000.00 for compensatory damages and $5,000.00 for punitive damages; it is therefore

ORDERED and ADJUDGED that judgment is hereby entered in favor of the plaintiff in the amount of $7,000.00 for compensatory damages and $5,000.00 for punitive damages, for a total of $12,000.00.

Dated at Hartford, Connecticut, this 31st day of January, 2014.

ROBIN D. TABORA, Clerk

By _____/s/_____
Devorah Johnson
Deputy Clerk

EOD 1/31/14