UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HAROLD R. BELL

      v.                                                CASE NO. 3:10CV8 (MPS)

NORBERTO LUNA, *Unit Mgr, I/O*
TIMOTHY SILVAS, *Prison Dr, I/O*
CAROL CHAPDELAINE, *Deputy Warden, I/O*
JAMES VADNAIS, *Grievance Coord, I/O*
COLIN WILSON, *Unit Counselor, I/O*
PETER MURPHY, *Warden, I/O*

## SUPPLEMENTAL JUDGMENT

This matter came on for trial before a jury and the Honorable Michael P. Shea, United States District Judge, as to the plaintiff Harold Bell and defendant Norberto Luna only.

On March 1, 2012 the Court granted the defendants' Timothy Silvas, Carol Chapdelaine, James Vadnais, Colin Wilson and Peter Murphy motion to dismiss.

Further, on January 31, 2014, the jury returned a verdict in favor of the plaintiff in the amount of $7,000.00 for compensatory damages and $5,000.00 for punitive damages.

On March 13, 2014 the Court granted the plaintiff's motion for Attorney's Fees and Costs and ordered that only one percent of the judgment ($120.00), shall be applied to satisfy the attorney's fees.  Accordingly, the Court instructs the clerk to enter judgment as follows: $7,000 in compensatory damages, $4,880 in punitive damages ($5,000 awarded by the jury reduced by $120 to be contributed to the award of attorney's fees), $18,000 in attorney fees, and $1,146.83 in costs, it is therefore

ORDERED and ADJUDGED  that judgment is hereby entered in favor of the plaintiff in the amount of $7,000.00 for compensatory damages and $4,880.00 for punitive damages,

$18,000.00 in attorney's fees, and $1,146.83 in costs.

Dated at Hartford, Connecticut, this 17th day of March, 2014.

                                                    ROBIN D. TABORA, Clerk

                                                    By      /s/
                                                           Devorah Johnson
                                                           Deputy Clerk

EOD 3/17/14